# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **15-CV-03811-AT** |
| ) | |
| **NATIONAL PAYMENT** ) | |
| **PROCESSING LLC,** a Georgia limited ) | |
| liability company, *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE RELATING TO DISPOSITION OF PERSONAL PROPERTY

Barry Mukamal, as the Receiver for National Payment Processing LLC and the other Defendants and their respective assets in the above-captioned case (the "Receiver"), hereby notifies the Court that all personal property at the Locations,[1] excluding records, computers, and computer data, were used as consideration for either:

(a) payment to Bullseye Auction; or

---

[1] Locations, as defined on page 3 of the December 15, 2015 Order Authorizing Receiver to Dispose of Receivership Assets Relating to Business Operations [Dkt. No. 37]. Addresses for the Locations are provided on page 3 of the December 10, 2015 Motion to Authorize Receiver to Dispose of Receivership Assets Relating to Business Operation and For Expedited Consideration [Dkt. No. 32].

4086763_1

(b) consideration in connection with the termination of leases relating to the three leased premises, subject to documentation of lease termination and release by the Landlords of any further claims against the receivership estate.

Accordingly, the Receiver hereby notifies counsel for Omar Smith that there is no personal property which is available for designation and retrieval by Omar Smith in accordance with the Court's order.

Respectfully submitted, this 22nd day of December, 2015,

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ Rufus T. Dorsey, IV
Rufus T. Dorsey, IV
Georgia Bar No. 226705
Amber M. Bishop
Georgia Bar No. 174898

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Tel: (404) 523-5300
Fax: (404) 522-8409
rdorsey@phrd.com
abishop@phrd.com

*Counsel for Receiver, Barry Mukamal*

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULES 5.1.C AND 7.1.D

  As required by Local Rule 7.1.D, counsel certifies that this motion has been prepared in font and point selections, Times New Roman (14 point), in compliance with Local Rule 5.1.C.

              /s/ Rufus T. Dorsey, IV
              Rufus T. Dorsey, IV

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE RELATING TO DISPOSITION OF PERSONAL PROPERTY** was served via CM/ECF system, which automatically sends email notification of such filing, to the following attorneys of record:

>Robin L. Rock
>Federal Trade Commission,
>225 Peachtree Street NE
>Suite 1500
>Atlanta, Georgia 30030
>
>Louis R. Cohan
>Cohan Law Group
>3340 Peachtree Road
>Suite 2570
>Atlanta, Georgia 30326
>
>MICHAEL J. COHEN
>Georgia Bar No. 174600
>267 W. Wieuca Rd. NE, Ste. 201
>Atlanta, Georgia 30342
>mcohen@nsidelaw.com

This 22nd day of December, 2015.

>/s/ Rufus T. Dorsey, IV
>Rufus T. Dorsey, IV