**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **15-CV-3811-AT** |
| ) | |
| **NATIONAL PAYMENT** ) | |
| **PROCESSING LLC,** a Georgia limited ) | |
| liability company, *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER**
**APPROVING RECEIVER'S FINAL REPORT,**
**DISCHARGING RECEIVER, AND TERMINATING RECEIVERSHIP**

THIS MATTER is before the Court on the Motion for Entry of Order Approving Receiver's Final Report, Discharging Receiver, and Terminating Receivership (the "Motion") filed by Barry Mukamal, in his capacity as the court-appointed receiver (the "Receiver") in the above-styled case.[2] Based on the record in the case, including the Receiver Motions, the Final Report, this Motion and the Receiver's filing of the Notice of Completion of Receivership Duties, the Court finds

---

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to such terms in the Motion.

the Receiver has executed all of the duties of the Receiver's office to the full extent of the Receiver's ability, and no matters remain to be performed; the parties to this case have resolved this dispute by settlement; no person has asserted any claim against either the Receiver, in his office and capacity as court-appointed receiver or individually, or the Receiver Professionals, in connection with the Receivership Estate and/or this action, and no grounds appear to exist for the assertion of any such claims; and grounds exist for termination of the Receivership and release and discharge of the Receiver and the Receiver Professionals. Accordingly, based on the record in this case and all matters brought to the Court's attention, and after due deliberation and consideration, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      The Motion is hereby GRANTED.

2.      The Final Report of the Receiver, including the Receiver's accounting of funds contained therein, is hereby approved.

3.      The Receiver and the Receiver Professionals have no further duties or responsibilities, directly or indirectly, related to or on behalf of any of the Receivership or Receivership Defendants.

5.      The Receiver and Receiver Professionals are hereby discharged and released from any duties, obligations, claim or liability in connection with the Receivership or this case.

- 3 -

7.      The Receiver is authorized to terminate any bonds or sureties, if any, relating to the performance of his duties in connection with the Receivership, and any issuer of any such bonds or sureties is authorized to accept such instruction for termination from the Receiver.

8. The Receivership is terminated.

**ORDERED** in United States District Court for the Northern District of Georgia this 14th day of February, 2017.

Honorable Judge Amy Totenberg
United States District Court
Northern District of Georgia

*Prepared and Presented by:*

Rufus T. Dorsey, IV
Georgia Bar No. 226705
Amber M. Bishop
Georgia Bar No. 174898
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Tel: (404) 523-5300
Fax: (404) 522-8409
rdorsey@phrd.com
abishop@phrd.com

                    *Counsel for Receiver, Barry Mukamal*